Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (to be admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567

*Attorneys for Plaintiff Harold Freeze*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HAROLD FREEZE, an individual,

Plaintiff,

v.

BARRACUDA NETWORKS, INC., WILLIAM D. JENKINS, JR., JEFFRY R. ALLEN, JOHN HARVEY KISPERT, STEPHEN P. MULLANEY, MICHAEL D. PERONE, and CHET KAPOOR,

Defendants.

Case No. 5:18-cv-00582-SVK

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Harold Freeze ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 1, 2018

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*

Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567

*Attorneys for Plaintiff Harold Freeze*